UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAMES F. ROGERS III
    Plaintiff,

v.                                       : Civil Action No. 3:01CV8(CFD)

FIRST UNION NATIONAL BANK,
    Defendant.

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A recommended ruling on the following motions which are currently pending: (orefm.)

\_\_\_\_ A ruling on the following motions which are currently pending: (orefm.)

**X**    A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss and approve the following: (orefmisc./cnf)

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 17th day of November, 2003, at Hartford, Connecticut.

Christopher F. Droney
United States District Judge