TOTAL TIME: ___ hours ___ minutes         DEPUTY CLERK _Devo_   RPTR/ERO/TAPE _Dromey Marshall_

DATE _1-9-04_   START TIME _____   END TIME _____
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

_Rogers_

vs.

_First Union_

CIVIL NO. _3:01CV 8 CFD_

§
§
§                                          _____
§   ☐ SEE ATTACHED CALENDAR FOR COUNSEL    Plaintiffs Counsel
§
§                                          _____
§                                          Defendants Counsel

## CIVIL JURY SELECTION/CALENDAR CALL

☒ ......... ☒ (call./h) Call of the Calendar held  ☐ (call./set) Call of the Calendar over to _____
☐ .........    ☐ (jyselect./h) Jury Selection held  ☐ Jury Selection continued until _____
☐ .... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .... # ___ Motion _____  ☐ granted ☐ denied ☐ advisement
☐ .........  _____  ☐ filed ☐ docketed
☐ .........  _____  ☐ filed ☐ docketed
☐ .........  _____  ☐ filed ☐ docketed
☐ .........  _____  ☐ filed ☐ docketed
☐ .........  _____ # jurors present
☐ .........  _____ # jurors absent
☐ .........  Voir Dire oath administered by Clerk ☐ previously administered by Clerk
☐ .........  Voir Dire by Court
☐ .........  _____ jurors excused (See attached)
☐ .........  Panel of _____ drawn (See attached)
☐ .........  Peremptory challenges exercised (See attached)
☐ .........  Jury of _____ drawn (See attached) ☐ and sworn ☐ Jury Trial commences
☐ .........  Remaining jurors excused
☐ .........  Discovery deadline set for _____
☐ .........  Disposition Motions due _____
☐ .........  Joint trial memorandum due _____
☐ .........  Trial continued until _____ at _____

☐ COPY TO: JURY CLERK