UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT    FILED

**Settlement Conference Calendar**

Honorable Thomas P. Smith, U. S. Magistrate Judge
450 Main Street
Hartford
Second Floor - Chambers Room 258

February 11, 2004

10:00 a.m.

CASE NO. **3-01-8** (CFD) **Rogers v. First Union**
**SETTLEMENT CONFERENCE**

Carl R. Ajello
One Kingston Dr.
Suite 5
Ansonia, CT 06401


Reine C. Boyer
Law Offices of Reine C. Boyer
111 Prospect Street
Suite 400
Stamford, CT 06901


Michael N. Lavelle
Pullman & Comley
850 Main St., Po Box 7006
Bridgeport, CT 06601-7006


Nathaniel Wesley Shipp
71 East Ave.
Unit D
Norwalk, CT 06851


*Conf. held w/ TPS - case settled -*
*Time: ¼*