UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ROGERS,
    Plaintiff

- v -                      CIVIL 3-01-CV-08(CFD)

FIRST UNION,
    Defendant

### MEMORANDUM AND ORDER

A settlement conference was held in this case today. The case has been settled. The parties will file the appropriate papers within 30 days.

Dated at Hartford, Connecticut, this 11th day of February, 2004.

Thomas P. Smith
United States Magistrate Judge