UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

JAMES F. ROGERS, III         :

   Vs.                       :     CASE NO. 3:01CV8(CFD)

FIRST UNION NATL BANK        :

### JUDGMENT

Counsel of record having reported to the court on February 11, 2004 that the above-entitled case has settled;

It is accordingly ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right of any parties to move within 30 days to re-open the case if the settlement has not been consummated.

Dated at Hartford, Connecticut, March 23, 2004

KEVIN F. ROWE, CLERK

BY *Devorah Johnson*
DEVORAH JOHNSON
DEPUTY CLERK

EOD_____