UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES F. ROGERS, III<br><br>Plaintiff<br><br>VS.<br><br>FIRST UNION NATIONAL BANK,<br><br>Defendant | CIVIL ACTION NO. 3:01CV8<br><br>(CFD)<br><br><br><br>MARCH 26, 2004 |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
AS TO DEFENDANT, FIRST UNION NATIONAL BANK**

The plaintiff James F. Rogers and the defendant First Union National Bank hereby stipulate to a dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41. Said dismissal includes all claims made in the complaint as to First Union National Bank only. Each party will bear its own fees and expenses.

THE PLAINTIFF
JAMES F. ROGERS, III

_____
By:   Nathaniel W. Shipp
71 East Avenue  Suite D
Norwalk, CT  06851
203-853-3202


Date: 3/25/04

THE DEFENDANT
FIRST UNION NATIONAL BANK

_____
By:  Michael N. LaVelle  Ct 06170
     Pullman & Comley, LLC
     850 Main Street
     Bridgeport, CT  06604
     203 330-2112

Date: 3/25/04

## CERTIFICATION

This is to certify that a copy hereof was mailed, postage prepaid, on the date hereon to:

Nathaniel W. Shipp, Esq.
Law Offices
71 East Avenue, Suite D
Norwalk, Connecticut 06851
telephone 203-853-3202

_____
MICHAEL N. LAVELLE

BPRT/58570.1/MNL/511517v1

2