FILED
2004 MAR 26 P

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JAMES F. ROGERS, III | CIVIL ACTION NO. 3:01CV8 |
| Plaintiff | (CFD) |
| VS. | |
| FIRST UNION NATIONAL BANK, | MARCH 26, 2004 |
| Defendant | |

APPROVED and SO ORDERED
Christopher F. Droney, U.S.D.J.
Hartford, CT 4/27/04

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, FIRST UNION NATIONAL BANK

The plaintiff James F. Rogers and the defendant First Union National Bank hereby stipulate to a dismissal of this action with prejudice, pursuant to Fed. R. Civ. P. 41. Said dismissal includes all claims made in the complaint as to First Union National Bank only. Each party will bear its own fees and expenses.

THE PLAINTIFF
JAMES F. ROGERS, III

By:   Nathaniel W. Shipp
71 East Avenue  Suite D
Norwalk, CT  06851
203-853-3202

Date: 3/25/04

THE DEFENDANT
FIRST UNION NATIONAL BANK

By:  Michael N. LaVelle  Ct 06170
      Pullman & Comley, LLC
      850 Main Street
      Bridgeport, CT  06604
      203 330-2112

Date: 3/25/04

FILED 2004 APR 27 P 12:25
U.S. DISTRICT COURT
HARTFORD, CT.